IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

DAVID JOSHUA CRUZ,

       Petitioner,

v.

STATE OF FLORIDA,

       Respondent.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-2699

Opinion filed February 3, 2017.

Petition for Belated Appeal -- Original Jurisdiction.

David Joshua Cruz, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondent.

PER CURIAM.

The petition for belated appeal is dismissed as untimely filed. See Fla. R. App. P. 9.141(c)(5)(A).

ROBERTS, C.J., WOLF and B.L. THOMAS, JJ., CONCUR.